**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| Kendalyn Phillips, Individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No.: |
| v. | ) | Judge: |
| Mead Johnson & Company, LLC, | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Mead Johnson & Company, LLC (Mead Johnson) removes the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida. Mead Johnson removes this action under 28 U.S.C. §§ 1331, 1441(a) .

In support of this Notice of Removal, Mead Johnson states as follows:

## BACKGROUND

1. On February 4, 2026, Plaintiff Kendalyn Phillips, individually and on behalf of a putative class, sued Mead Johnson for sending her text messages after Plaintiff allegedly attempted to opt-out of those communications.

2. Plaintiff filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, alleging that Mead Johnson's text messages violated the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. *See* Compl. ¶¶ 39–54 (**Exhibit 1**).

3. The putative class includes all persons in the United States who, within the last four years, received two or more text messages from Mead Johnson after that person attempted to opt out from those communications. Compl. ¶ 28 (**Ex. 1**).

**JURISDICTION AND VENUE**

4. Removal is proper under 28 U.S.C. § 1441(a) because the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5. Plaintiff's only cause of action is Count I, which alleges a violation of the TCPA, a federal statute. Compl. ¶¶ 39–54 (**Ex. 1**).

6. Plaintiff's "TCPA claim, in 28 U.S.C. § 1331's words, plainly aris[es] under the laws ... of the United States." *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242, 1249 (11th Cir. 2014) (quoting *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368 (2012)).

7. Removal to this Division and District is proper because the Circuit Court of the Seventeeth Judicial Circuit in and for Broward County, Florida is located within the Fort Lauderdale Division of the Southern District of Florida. *See* 28 U.S.C. §§ 1441(a), 1446(a).

**TIMING, NON-WAIVER, AND PROCESS**

8. Mead Johnson reserves the right to amend or supplement this Notice of Removal.

9. Mead Johnson submits this Notice of Removal without waiving any defenses to the claim asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

10. This Notice of Removal is timely because it is filed within 30 days of service of the Complaint, which was served on February 18, 2026. *See* Notice of Service of Process upon Corporation Service Company on behalf of Mead Johnson & Company, LLC (**Exhibit 2**).

11. A copy of the current State court docket is attached as **Exhibit 3**.

12. Defendant obtained a 28-day extension of time to respond to the complaint, until April 7, 2026, with Plaintiff's written consent.

13. There are no other properly served or joined defendants that need to consent to removal, consistent with 28 U.S.C. § 1446(b)(2)(A).

14. Mead Johnson will provide written notice to the State court and all adverse parties, consistent with 28 U.S.C. § 1446(d).

Dated: March 20, 2026

Respectfully submitted,

/s/ *Christopher E. Knight*
Christopher E. Knight
SBN 607363
FOWLER WHITE BURNETT, P.A.
cknight@fowler-white.com
Citigroup Center
201 South Biscayne Boulevard
20th Floor
Miami, FL 33131
305.789.9200
305.789.9201 (fax)

Christine Kurke (FBN 1016172)
TUCKER ELLIS LLP
3344 Peachtree Road NE
Suite 1050
Atlanta, GA 30326
404.678.6367 (Phone)
404.678.6380 (FAX)
E-mail: christine.kurke@tuckerellis.com

*Attorneys for Defendant Mead Johnson & Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court via ECF/PACER, and a copy of the foregoing will be served by Certified Mail on the following:

Mitchell David Hansen (FBN 1065929)
1515 NE 26th Street
Wilton Manors, FL 33305

Rena Atara Lerner (FBN 1036216)
9920 Collins Avenue, Apartment 7
Bal Harbour, FL 33154

*/s/ Christopher E. Knight*
Christopher E. Knight
SBN 607363

*Attorney for Defendant Mead Johnson & Company, LLC*